# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREEM SMITH, | No. 4:19-CV-00419 |
| Petitioner, | (Judge Brann) |
| v. | |
| LAWRENCE P. MAHALLY, *et al.*, | |
| Respondents. | |

## ORDER

### OCTOBER 15, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, Doc 1, is **DISMISSED**;

2. A certificate of appealability shall not issue. Any appeal from this order is deemed to be frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); and

3. The Clerk of Court is directed to **CLOSE** this matter.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge